UNITED STATES DISTRICT COURT
WESTER DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**HEATHER S. STAINBROOK**                                          **PLAINTIFF**

VS.                           CASE NO. 6:21-cv-06042-SOH

**OTTO BECK,**
 **d/b/a NEW VISION PROPERTIES**                                   **DEFENDANT**

## ANSWER TO COMPLAINT

Comes now the Defendant, **Otto Beck d/b/a/ New Vision Properties ("Beck")**, by and through his attorney, Richard D. Burke, III, of Morrissey Law Firm; and for his Answer to the Complaint herein, states:

1. That he denies each and every allegation contained in Plaintiff's Complaint not specifically admitted herein.

2. Defendant admits the allegations contained in Paragraph Two (2) of Plaintiff's Complaint.

3. Defendant admits the allegations contained in Paragraph Three (3) of Plaintiff's Complaint.

4. Defendant admits the allegations contained in Paragraph Four (4) of Plaintiff's Complaint.

---

**This Document Prepared By:**

Richard D. Burke, III, Arkansas Bar #2019163
**Morrissey Law Firm**
835 Central Avenue, Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 Telephone
(501) 623-2822 Facsimile
rdb@tjmlegal.com

**Stainbrook vs. Beck**
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

---

5. Defendant denies the allegations contained in Paragraph Five (5) of Plaintiff's Complaint. Ms. Stainbrook never rented the dwelling. Jeffrey Clayton rented the dwelling from Mr. Beck.

6. Defendant admits the allegations contained in Paragraph Six (6) of Plaintiff's Complaint.

7. Defendant admits the allegations contained in Paragraph Seven (7) of Plaintiff's Complaint.

8. Defendant admits in part and denies in part of the allegations contained in Paragraph Eight (8) of Plaintiff's Complaint. Defendant denies that he and Clayton became friends, they were more of acquaintances.

9. Defendant denies the allegations contained in Paragraph Nine (9) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

10. Defendant denies the allegations contained in Paragraph Ten (10) of Plaintiff's Complaint. Plaintiff never offered to make any payment for any month. Plaintiff and Defendant did not speak on the phone at any time.

11. Defendant denies the allegations contained in Paragraph Eleven (11) of Plaintiff's Complaint. Defendant did not ever call the Plaintiff.

12. Defendant denies the allegations contained in Paragraph Twelve (12) of Plaintiff's Complaint. Defendant could not recall the exact date.

13. Defendant denies the allegations contained in Paragraph Thirteen (13) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

***Stainbrook vs. Beck***
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

---

14. Defendant admits the allegations contained in Paragraph Fourteen (14) of Plaintiff's Complaint.

15. Defendant admits the allegations contained in Paragraph Fifteen (15) of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph Sixteen (16) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

17. Defendant denies the allegations contained in Paragraph Seventeen (17) of Plaintiff's Complaint. Plaintiff did not leave in the month of December of 2018.

18. Defendant admits the allegations contained in Paragraph Eighteen (18) of Plaintiff's Complaint.

19. Defendant denies the allegations contained in Paragraph Nineteen (19) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

20. Defendant denies the allegations contained in Paragraph Twenty (20) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

21. Defendant denies the allegations contained in Paragraph Twenty-one (21) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

22. Defendant denies the allegations contained in Paragraph Twenty-two (22) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

23. Defendant denies the allegations contained in Paragraph Twenty-three (23) of Plaintiff's Complaint.

24. Defendant denies the allegations contained in Paragraph Twenty-four (24) of Plaintiff's Complaint.

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

---

25. Defendant denies the allegations contained in Paragraph Twenty-five (25) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

26. Defendant admits the allegations contained in Paragraph Twenty-six (26) of Plaintiff's Complaint.

27. Defendant denies the allegations contained in Paragraph Twenty-seven (27) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

28. Defendant denies the allegations contained in Paragraph Twenty-eight (28) of Plaintiff's Complaint.

## COUNT I

29. Defendant denies the allegations contained in Paragraph Twenty-nine (29) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

30. Defendant denies the allegations contained in Paragraph Thirty (30) of Plaintiff's Complaint. Defendant evicted Plaintiff for failure to pay rent.

31. Defendant denies the allegations contained in Paragraph Thirty-one (31) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

32. Defendant denies the allegations contained in Paragraph Thirty-two (32) of Plaintiff's Complaint.

33. Defendant denies the allegations contained in Paragraph Thirty-three (33) of Plaintiff's Complaint.

34. Defendant denies the allegations contained in Paragraph Thirty-four (34) of Plaintiff's Complaint.

Case 6:21-cv-06042-SOH   Document 8   Filed 05/11/21   Page 5 of 10 PageID #: 27

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

35. Defendant denies the allegations contained in Paragraph Thirty-five (35) of Plaintiff's Complaint.

36. Defendant denies the allegations contained in Paragraph Thirty-six (36) of Plaintiff's Complaint. Plaintiff was not a tenant of the property. Plaintiff did not pay any rent for any month. Plaintiff did not attempt to pay rent for any month.

37. Defendant denies the allegations contained in Paragraph Thirty-seven (37) of Plaintiff's Complaint.

38. Defendant denies the allegations contained in Paragraph Thirty-eight (38) of Plaintiff's Complaint.

39. Defendant denies the allegations contained in Paragraph Thirty-nine (39) of Plaintiff's Complaint.

## COUNT II

40. Defendant denies the allegations contained in Paragraph Forty (40) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

41. Defendant denies the allegations contained in Paragraph Forty-one (41) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

42. Defendant denies the allegations contained in Paragraph Forty-two (42) of Plaintiff's Complaint.

43. Defendant denies the allegations contained in Paragraph Forty-three (43) of Plaintiff's Complaint.

Case 6:21-cv-06042-SOH   Document 8   Filed 05/11/21   Page 6 of 10 PageID #: 28

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

44. Defendant denies the allegations contained in Paragraph Forty-four (44) of Plaintiff's Complaint.

## **COUNT III**

45. Defendant denies the allegations contained in Paragraph Forty-five (45) of Plaintiff's Complaint. Defendant lacks sufficient knowledge to respond.

46. Defendant denies the allegations contained in Paragraph Forty-six (46) of Plaintiff's Complaint.

47. Defendant denies the allegations contained in Paragraph Forty-seven (47) of Plaintiff's Complaint.

48. Defendant admits the allegations contained in Paragraph Forty-eight (48) of Plaintiff's Complaint.

## **COUNT IV**

49. Defendant denies the allegations contained in Paragraph Forty-nine (49) of Plaintiff's Complaint. Plaintiff was not a tenant of the property or on a lease. Plaintiff did not pay any rent for any month. Plaintiff did not attempt to pay rent for any month.

50. Defendant denies the allegations contained in Paragraph Fifty (50) of Plaintiff's Complaint.

51. Defendant denies the allegations contained in Paragraph Fifty-one (51) of Plaintiff's Complaint.

Case 6:21-cv-06042-SOH   Document 8   Filed 05/11/21   Page 7 of 10 PageID #: 29

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

## COUNT V

52. Defendant admits the allegations contained in Paragraph Fifty-two (52) of Plaintiff's Complaint.

53. Defendant denies the allegations contained in Paragraph Fifty-three (53) of Plaintiff's Complaint. Plaintiff was not a tenant of the property or on a lease. Plaintiff did not pay any rent for any month. Plaintiff did not attempt to pay rent for any month.

54. Defendant denies the allegations contained in Paragraph Fifty-four (54) of Plaintiff's Complaint.

55. Defendant denies the allegations contained in Paragraph Fifty-five (55) of Plaintiff's Complaint.

56. Defendant denies the allegations contained in Paragraph Fifty-six (56) of Plaintiff's Complaint.

## COUNT VI

57. Defendant admits the allegations contained in Paragraph Fifty-seven (57) of Plaintiff's Complaint.

58. Defendant admits the allegations contained in Paragraph Fifty-eight (58) of Plaintiff's Complaint.

59. Defendant denies the allegations contained in Paragraph Fifty-nine (59) of Plaintiff's Complaint. Plaintiff was not a tenant of the property or on a lease. Plaintiff did not pay any rent for any month. Plaintiff did not attempt to pay rent for any month.

Case 6:21-cv-06042-SOH Document 8 Filed 05/11/21 Page 8 of 10 PageID #: 30

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

60. Defendant denies the allegations contained in Paragraph Sixty (60) of Plaintiff's Complaint.

61. Defendant denies the allegations contained in Paragraph Sixty-one (61) of Plaintiff's Complaint.

62. Defendant denies the allegations contained in Paragraph Sixty-two (62) of Plaintiff's Complaint.

63. Defendant denies the allegations contained in Paragraph Sixty-three (63) of Plaintiff's Complaint.

## FIRST AFFIRMATIVE DEFENSE

64. This Answering Defendant expressly denies any and all allegations not expressly admitted herein.

## SECOND AFFIRMATIVE DEFENSE

65. The Plaintiff's Complaint fails to state a claim or cause of action against this Defendant upon which relief may be granted. Fed.R.Civ.P. 12(b)(6).

## THIRD AFFIRMATIVE DEFENSE

66. The Plaintiff has failed to mitigate alleged damages, if any. Specifically, including the Plaintiff filed a complaint with the Arkansas Fair Housing Commission ("AFHC"), per Plaintiff's Complaint in Paragraph Twenty-Four (24). Plaintiff had the ability to fully mitigate the alleged damages at that time.

## FOURTH AFFIRMATIVE DEFENSE

67. This Defendant reserves, and expressly asserts, any and all available defenses pursuant to Civil Rule 12.

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

---

### FIFTH AFFIRMATIVE DEFENSE

68. This Defendant expressly reserves the right to amend this Answer to include any affirmative defenses which may become apparent through the course of Discovery.

### SIX AFFIRMATIVE DEFENSE

69. Plaintiff is precluded from bringing this suit due to the concept of *res judicata* and collateral estoppel. The issue of why Plaintiff was evicted from the residence was for not paying the rent. Plaintiff had the right and opportunity to establish that attempts had been made but was not able to do so. This issue has been settled by Plaintiff's agent with AFHC when the Settlement Agreement was reached in 2020.

### SEVENTH AFFIRMATIVE DEFENSE

70. The Plaintiff's claims against this Defendant are barred because the Defendant has not entered a contractual relationship with Plaintiff to stay on the premises.

### EIGHTH AFFIRMATIVE DEFENSE

71. Defendant says that if it should be found to negligent in any of the respects set forth in Plaintiff's Complaint, which the Defendant specifically denies, then Plaintiff is also guilty of negligence, which proximately contributed to the injuries of which Plaintiff complains.

Case 6:21-cv-06042-SOH   Document 8   Filed 05/11/21   Page 10 of 10 PageID #: 32

*Stainbrook vs. Beck*
United States District Court – Western District of Arkansas
Case No. 6:21-cv-06042-SOH
Defendant's Answer to Complaint

### NINTH AFFIRMATIVE DEFENSE

72. Even assuming, *arguendo*, Plaintiff is a "tenant," which the Defendant specifically denies, the Plaintiff's claims are barred, at least in part, by the applicable statutes of limitations, specifically the two-year statute of limitations.

**WHEREFIRE**, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint against it and award Defendant reasonable attorney fees, costs of this action and any and all other relief as this Court deems equitable.

Respectfully submitted,

By: **Richard D. Burke, III**
Richard D. Burke, III, Arkansas Bar #2019163
**Morrissey Law Firm**
835 Central Avenue, Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372   Telephone
(501) 623-2822   Facsimile