## United States District Court for the Western District of Arkansas
## Hot Springs Division

**Heather S. Stainbrook**                                                          **Plaintiff**

v.                                       Case No. 6:21-CV-6042

**Otto Beck d/b/a**
**New Vision Properties**                                                          **Defendant**

### JOINT MOTION TO DISMISS

Plaintiff, Heather S. Stainbrook, by and through her attorney Legal Aid of Arkansas, Inc., and Defendant, Otto Beck d/b/a New Vision Properties, by and through his attorney Richard Burke, state the following for their Joint Motion to Dismiss:

1. The parties agree and stipulate that this matter has been resolved through settlement.

2. The Plaintiff moves that her Complaint be dismissed with prejudice.

3. The Defendant shall be responsible for his own court costs and attorney's fees. Defendant shall pay Plaintiff her court costs ($462) as part of its lump sum settlement payment to Plaintiff.

4. There being no other matters to settle in this case, the parties request that the Court grant their Joint Motion to Dismiss.

_____
Natalie E. Ramm
Attorney for Plaintiff

_____
Richard D. Burke, III
Attorney for Defendant

1