IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HEATHER S. STAINBROOK                                                                                         PLAINTIFF

v.                                            Case No. 6:21-cv-6042

OTTO BECK d/b/a
NEW VISION PROPERTIES                                                                                     DEFENDANT

## ORDER

 Before the Court is a Joint Motion to Dismiss.  ECF No. 13.  The parties move the Court to dismiss this action with prejudice.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.  Defendant shall be responsible for his court costs and attorney's fees.  Defendant shall pay Plaintiff's court costs ($462) as part of its lump sum settlement payment to Plaintiff.

 **IT IS SO ORDERED**, this 17th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge